*RLK*

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**MAY 2 8 2013**

CLERK U.S. DISTRICT ...
DISTRICT OF MARYLAND
BY _____ DEPU...

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Seizure of
(address or brief description of property to be seized)

**The contents of one**
**Dwolla account.**

# APPLICATION AND
# AFFIDAVIT FOR SEIZURE WARRANT
CASE NUMBER: **1 3 - 1 1 6 2 SKG**

Michael T. McFarland, Special Agent, United States Homeland Security Investigations (HSI), being duly sworn deposes and says:

I have reason to believe that there is now certain property in Des Moines, Iowa, and elsewhere, which is the subject of forfeiture to the United States, namely (describe property to be seized):

> **the contents of Dwolla Account 812-649-1010 registered in the name of**
> **Mutum Sigillum LLC, held in the custody of Veridian Credit Union,**

which are (state one or more bases for seizure under the U.S. Code)

subject to forfeiture pursuant to 18 U.S.C. section 981(a)(1)(A) because the contents of the Mutum Sigillum LLC account were involved in transactions and attempted transactions in violation of 18 U.S.C. section 1960.

The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are set forth in the attached Affidavit.

*Michael T McFarland*

Michael T. McFarland
Special Agent
Homeland Security Investigations
U.S. Immigration and Customs Enforcement

Sworn to before me, and subscribed in my presence on (Date) May 14, 2013 at Baltimore, Maryland.

_____
Honorable Susan K. Gauvey
United States Magistrate Judge